IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

QUINN AARON KLEIN, )
 )
         Petitioner, )
 )
-vs- ) Case No. CIV-13-545-F
 )
JANET DOWLING, Warden, )
 )
         Respondent. )

## ORDER

On May 29, 2013, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation, wherein he recommended that petitioner, Quinn Aaron Klein's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 be dismissed on filing with prejudice as untimely and as an abuse of the writ. Magistrate Judge Purcell therein advised petitioner of his right to file an objection to the Report and Recommendation by June 18, 2013 and specifically advised petitioner that failure to make timely objection to the Report and Recommendation waived his right to appellate review.

To date, petitioner has not filed an objection to the Report and Recommendation and has not sought an extension of time to file an objection. With no objection being filed by petitioner, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of United States Magistrate Judge Gary M. Purcell issued on May 29, 2013 (doc. no. 5) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. Petitioner, Quinn Aaron Klein's petition for a writ of

habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED** on filing with prejudice as untimely and as an abuse of the writ.

DATED this 3rd day of July, 2013.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

13-0545p001.wpd